IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EXIQUIO GONZALES, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-297-R |
| JIMMY MARTIN, Warden, | ) |
| Respondent. | ) |

## ORDER

Plaintiff filed this pro se habeas petition pursuant to 28 U.S.C. § 2254 for relief from his state court conviction. Doc. 1. The Court referred the matter to Magistrate Judge Bernard Jones for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. P. 72(b). Doc. 3. On July 10, 2018, Judge Jones issued a Report and Recommendation wherein he recommended that the petition be dismissed as time barred by the statute of limitations. Doc. 12. The record reflects that neither party has filed an objection to the Report and Recommendation, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 12) is hereby ADOPTED IN ITS ENTIRETY. The petition is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of August 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE